IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARK E. DUNCAN,

        Plaintiff,

v.	CIVIL ACTION NO.   3:15-8287

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 11), deny Defendant's Motion for Judgment on the Pleadings (ECF No. 14), reverse the final decision of the Commissioner, remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings for further consideration of Claimant's impairments at step three of the sequential analysis, and dismiss this matter from the Court's docket.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 11), **DENIES** Defendant's Motion for Judgment on the Pleadings (ECF No. 14), **REVERSES** the

final decision of the Commissioner, **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings for further consideration of Claimant's impairments at step three of the sequential analysis, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: June 9, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE